**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02846-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

YOUNG YIL JO,

    Plaintiff,

v.

SIX UNKNOWN NAMES AGENTS, and
BARAK OBAMA, Mr. President of the United States,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Young Yil Jo, is in the custody of the Texas Department of Corrections and currently is housed at the Big Spring-CC Airpark United Correctional Center in Big Spring, Texas.  Plaintiff, acting *pro se*, initiated this action by filing a civil rights action under 42 U.S.C. § 1983.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form for filing prisoner

(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     An original and a copy have not been received by the court.
               Only an original has been received.
(10)    __     other:

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    X      is not on proper form (must use the court's current form)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     An original and a copy have not been received by the court.  Only an original has been received.
(17)    __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __     names in caption do not match names in text.
(19)    __     other:

Accordingly, it is

   ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

   FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

   FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

   DATED:  October 29, 2012, at Denver, Colorado.

                                   BY THE COURT:

                                   s/Boyd N. Boland
                                   United States Magistrate Judge

2